BENJAMIN B. WAGNER
United States Attorney
MEGAN A. S. RICHARDS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00141-AWI |
|---|---|
| Plaintiff, | STIPULATION AND ORDER |
| v. | DATE: January 27, 2014 |
| STEVEN PAUL GARCIA, | TIME: 10:00 AM |
| | COURT: Hon. Anthony W. Ishii |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for change of plea on January 27, 2014.

2. By this stipulation, defendant now moves to continue the change of plea hearing until February 3, 2014 at 10:00 AM, and to exclude time between January 27, 2014, and February 3, 2014, under 18 U.S.C.§ 3161(h)(7)(A), B(iv).

3. The parties agree and stipulate, and request that the Court find the following:

   a) The Court ordered a continuance of all hearings between January 14 and 21, 2014 that required the transportation of a Fresno County Jail inmate to the Court. *See* Emergency Order Affecting the Transportation of Fresno County Jail Federal Inmates; Continuance of All Affected Criminal Hearings, ECF No. 1, Case 1:14-mc-00003-LJO (hereinafter, "Order").

STIPULATION AND [PROPOSED] ORDER                     1

b) Defendant Steven Paul Garcia is an inmate at Fresno County Jail.

c) Defendant Steven Paul Garcia's previous change of plea hearing, set for January 21, 2014, fell within the affected time period addressed in the Order.

d) On January 15, 2013, the Court, pursuant to the Order, ordered that the change of plea hearing for defendant be moved to January 27, 2014, and that time should be excluded under the speedy trial act.

e) Due to a previously scheduled out-of-state training, Megan Richards, who represents the government in this case, will not be available the week of January 27, 2014, and requests a continuance to February 3, 2014 based on the need for continuity of counsel.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in an earlier hearing.

g) The time period of January 27, 2014 to February 3, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in an earlier hearing.

IT IS SO STIPULATED.

Dated: January 17, 2014   BENJAMIN B. WAGNER
United States Attorney

/s/ MEGAN A. S. RICHARDS
MEGAN A. S. RICHARDS
Assistant United States Attorney

Dated: January 16, 2014   /s/ ERIC KERSTEN
ERICK KERSTEN
Counsel for Defendant
Rafael Morales

STIPULATION AND [PROPOSED] ORDER     2

1
2          **FINDINGS AND ORDER**
3
4   IT IS SO ORDERED.
5   Dated:  January 21, 2014                    _____
                                                 SENIOR  DISTRICT  JUDGE
6