HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
Steven Paul Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:13-cr-00141 AWI |
| *Plaintiff,* | STIPULATION TO CONTINUE SENTENCING, ORDER THEREON |
| vs. | Date: July 21, 2014 |
| STEVEN PAUL GARCIA, | Time: 10:00 a.m. |
| *Defendant.* | Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MEGAN A. RICHARDS, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Steven Paul Garcia, that the date for sentencing in this matter may be continued to **July 21, 2014, at 10:00 a.m.**, or the soonest date thereafter that is convenient to the court. Sentencing is currently scheduled for **June 16, 2014, at 10:00 a.m.**

The reason for this request is that the defense recently determined that it is missing records needed for sentencing, and additional time is necessary to obtain the records. The government does not object to this requested continuance.

///

///

///

The parties agree that any delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C.§§ 3161(h)(7)(A) and 3161(B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: June 6, 2014         By:    /s/ *Megan A. Richards*
                                   MEGAN A. RICHARDS
                                   Assistant U. S. Attorney
                                   Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: June 6, 2014         By:    /s/ *Eric V. Kersten*
                                   ERIC V. KERSTEN
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   Steven Paul Garcia

O R D E R

IT IS SO ORDERED. The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(B)(iv).

IT IS SO ORDERED.

Dated:   June 9, 2014                    _____
                                         SENIOR  DISTRICT  JUDGE