HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
Steven Paul Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:13-cr-00141 AWI |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING, ORDER THEREON** |
| vs. | |
| STEVEN PAUL GARCIA, | Date:   August 25, 2014<br>Time:   10:00 a.m.<br>Judge:  Hon. Anthony W. Ishii |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MEGAN A. RICHARDS, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Steven Paul Garcia, that the date for sentencing in this matter may be continued to **August 25, 2014, at 10:00 a.m.**, or the soonest date thereafter that is convenient to the court.  Sentencing is currently scheduled for **July 21, 2014, at 10:00 a.m.**

The reason for this request is that the defense is attempting to obtain documents from Mexico that are relevant to sentencing, and additional time is necessary to obtain the records. The government does not object to this requested continuance.

///

///

///

The parties agree that any delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C.§§ 3161(h)(7)(A) and 3161(B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: July 15, 2014          By:     /s/ *Megan A. Richards*
                                      MEGAN A. RICHARDS
                                      Assistant U. S. Attorney
                                      Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: July 15, 2014          By:     /s/ *Eric V. Kersten*
                                      ERIC V. KERSTEN
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      Steven Paul Garcia

O R D E R

The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(B)(iv). August 25, 2014 at 10 a.m. is the new date for sentencing.

IT IS SO ORDERED.

Dated:   **July 15, 2014**                    /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE