HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
Steven Paul Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>vs.<br><br>STEVEN PAUL GARCIA,<br><br>    *Defendant.* | No. 1:13-cr-00141 AWI<br><br>**AMENDED STIPULATION TO CONTINUE SENTENCING, ORDER THEREON**<br><br>Date:   November 10, 2014<br>Time:   10:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MEGAN A. S. RICHARDS, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Steven Paul Garcia, that the date for sentencing may be continued to **November 10, 2014, at 10:00 a.m.**, or the soonest date thereafter convenient to the court. It is also stipulated that defendant's sentencing memorandum may be filed by October 27, 2014. Sentencing is currently scheduled for **August 25, 2014.**

Sentencing has previously been continued at the request of the defense. This will be the final defense request for a continuance. The reason for the request is that the defense needs additional time to obtain documents from Mexico that will support Mr. Garcia's claim that he was wrongly incarcerated while on escape status.

Obtaining the records is being complicated by the fact that Garcia had two cases, with different attorneys, while in Mexico. The defense has contacted one attorney, but has not been

able to contact the other. Based on Facebook posts, it appears the second attorney is retired and traveling in Europe at this time. Also, Garcia was charged under a different name in Mexico. He claims the name was fabricated by others based on a name tattooed on Garcia's body. (It's the name of Garcia's deceased brother, and it is Garcia's only tattoo). The defense is trying to obtain documentation from the Mexican prison system to verify that Mr. Garcia and the person who was incarcerated in Mexico are in fact the same person.

The parties agree that any delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C.§§ 3161(h)(7)(A) and 3161(B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: August 19, 2014        By:   /s/ Megan A. S. Richards
                                    MEGAN A. S. RICHARDS
                                    Assistant U. S. Attorney
                                    Attorney for Plaintiff

                                    HEATHER E. WILLIAMS
                                    Federal Defender

DATED: August 19, 2014        By:   /s/ Eric V. Kersten
                                    ERIC V. KERSTEN
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    Steven Paul Garcia

O R D E R

IT IS SO ORDERED. The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(B)(iv).

IT IS SO ORDERED.

Dated:  August 19, 2014            _____
                                   SENIOR  DISTRICT  JUDGE