HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
Steven Paul Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:13-cr-00141- AWI-BAM |
| *Plaintiff,* | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| vs. | Date:   December 8, 2014 |
| STEVEN PAUL GARCIA, | Time:   10:00 a.m. |
| *Defendant.* | Judge:  Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MEGAN A. S. RICHARDS, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Steven Paul Garcia, that the date for sentencing may be continued to **December 8, 2014, at 10:00 a.m.**, or the soonest date thereafter convenient to the court. Sentencing is currently scheduled for **November 10, 2014.**

The defense has recently obtained additional documents from Mexico that are relevant to defendant's incarceration in that country for charges that were subsequently dismissed by the Mexican Courts. The defense believes these documents establish that Mr. Garcia was incarcerated for nearly four years in Mexico, and that the time was not credited to any sentence. Additional time is needed to translate the documents from Spanish into English, and to provide the documents to the government for their review prior to sentencing. Also, defense counsel is

currently preparing for an estimated two-week trial, with jury selection scheduled for November 4, 2014.

The parties agree that any delay resulting from this continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C.§§ 3161(h)(7)(A) and 3161(B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: November 4, 2014        By:    /s/ *Megan A. S. Richards*
                                      MEGAN A. S. RICHARDS
                                      Assistant U. S. Attorney
                                      Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: November 4, 2014        By:    /s/ *Eric V. Kersten*
                                      ERIC V. KERSTEN
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      Steven Paul Garcia


O R D E R

The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(B)(iv).

IT IS SO ORDERED.

Dated:   November 4, 2014                 _____
                                          SENIOR  DISTRICT  JUDGE